FILED 16 DEC '21 11:39 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:21-cr- 481 - AA** |
| **v.** | **INDICTMENT** |
| **KEVIN LEE JONES,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **Forfeiture Allegation** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about October 14, 2021, in the District of Oregon, defendant **KEVIN LEE JONES**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Robbery in the Second Degree, in the Circuit Court of the State of Oregon for

Josephine County; Case Number 14CR0180, on or about February 11, 2016;

did knowingly possess the following firearm: a Taurus G3c 9mm pistol, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**Indictment**

## FORFEITURE ALLEGATION

Upon conviction of Count 1, defendant **KEVIN LEE JONES** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2641(c), the firearm and ammunition involved in that offense.

Dated: December 16, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney

**Indictment**                                                                                                   **Page 2**