AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  6:21-cr-00481-AA |
| Kevin Lee Jones ) | |
| ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   02/15/2023

_s/ Kurt David Hermansen for Kevin L. Jones_
*Defendant's signature*

_s/ Kurt David Hermansen_
*Signature of defendant's attorney*

Kurt D. Hermansen, Sup. Asst. Fed. Public Defender
*Printed name of defendant's attorney*

Date: 2/22/2023

*Judge's signature*

Ann L. Aiken, US District Court Judge
*Judge's printed name and title*